IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CRYSTAL GANN**                                               PLAINTIFF

v.                          No. 3:13-cv-00071-DPM

**HOUSEHOLD LIFE INSURANCE
COMPANY**                                                      DEFENDANT

### ORDER

The Court notes the reassignment of this case. I can't keep the 3 November 2014 trial date because I'll be in trial in Helena. The settlement conference should proceed. If it doesn't bear fruit, counsel should file a joint status report by 19 September 2014 about their availability for trial on either 17 November 2014 or 23 March 2015. An Amended Final Scheduling Order will issue thereafter. The Court will rule on the pending motions if the parties don't settle at the conference.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 September 2014