IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CRYSTAL GANN**                                                                          **PLAINTIFF**

v.                                    No. 3:13-cv-71-DPM

**HOUSEHOLD LIFE INSURANCE
COMPANY**                                                                                 **DEFENDANT**

## ORDER

The Court has received the attached letter by fax from Gann's lawyer, which the Court construes as a motion to expedite. The request is granted. Household Life should file a short response to the motion to reconsider, № 109, by 15 April 2015. The Court will be on the bench every day next week, but will try to rule on Gann's new motion once it's ripe. As the Court has advised counsel before, № 96 at 1: do not write letters directly to the Court; please file papers on the docket.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 April 2015

# David A. Hodges
### Attorney at Law
Centre Place - Fifth Floor
212 Center Street
Little Rock, Arkansas 72201-2429

Telephone:   501-374-2400
Facsimile:    501-374-8926
Toll Free:    1-800-642-8082

WRITER'S E-MAIL:
david@hodgeslaw.com

April 8, 2015

**Via Fax 604-5417**

The Honorable Price Marshall
U. S. District Court
600 W. Capitol Ave., Room B149
Little Rock, AR 72201

      Re:   Crystal Gann v. Household Life Insurance
            U.S. District Court Eastern District of Arkansas, Jonesboro Division
            Case No. 3:13CV00071 BSM

Dear Judge Marshall:

    I filed a Motion for Reconsideration in this case on April 7. I know how busy the court is but will you please deal with the Motion for Reconsideration at your earliest convenience in view of the fact that we have an appeal deadline in this case for April 19.

    I certainly want the defendant to have the opportunity to respond to the Motion for Reconsideration.

    Is there anything that I need to do in order for the court to timely deal with this issue so as to allow us to have the ability to file a Notice of Appeal before the deadline of April 19?

    I appreciate the courtesy and cooperation of the court.

    With warmest and best personal regards, I am,

                            Sincerely yours,

                            *Dictated by David Hodges*

                            DAVID HODGES

DH/psf/086

The Honorable Price Marshall
April 8, 2015
Page 2


cc:   Mr. Martin Kasten (via fax 244-5330)
      Mr. Bruce Tidwell (via fax 244-5310)
      Ms. Crystal Gann (via regular mail)
      Mr. Kevin Christian